# UNITED STATES DISTRICT COURT
## District of Minnesota

**Equal Employment Opportunity Commission**,

Plaintiff(s),

**JUDGMENT IN A CIVIL CASE**

v.

**Lake States Lumber, Inc.**,

Case Number: 19-cv-1549 NEB/LIB

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the joint motion for entry of the consent decree (ECF No. 35) is GRANTED.

Date: 5/10/2021

KATE M. FOGARTY, CLERK